IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>SCOTT WHITSETT,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　) | 8:08CR103<br><br>ORDER |

　　　　Defendant Scott Whitsett (Whitsett) appeared before the court on February 28, 2014, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 23).  Whitsett was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Michael P. Norris.  Through his counsel, Whitsett waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find that the Petition alleges probable cause and that Whitsett should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

　　　　The government moved for detention. At the time of the hearing, Whitsett was in the custody of Nebraska state authorities.  The motion was held in abeyance pending Whitsett coming into federal custody.  Whitsett waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state authorities pending his dispositional hearing in these proceedings.

　　　　**IT IS ORDERED**:

　　　　A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m. on April 8, 2014.**  Defendant must be present in person.

　　　　DATED this 28th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge