IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR103 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT WHITSETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue hearing (Filing No. 39). The Court notes plaintiff opposes the continuance. Having considered the motion and the objection, the Court finds the matter should be continued. Accordingly,

IT IS ORDERED that defendant's motion is granted. The hearing on the petition for warrant or summons for offender under supervision (Filing No. 23) is rescheduled for:

**Friday, April 18, 2014, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 2nd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court