IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:08CR103
                              )
        v.                    )
                              )
SCOTT WHITSETT,               )         ORDER
                              )
              Defendant.      )
_____)
```

This matter was before the Court on April 30, 2014, on the petition for warrant or summons for offender under supervision (Filing No. 23). Defendant was present and represented by counsel, Richard H. McWilliams, Assistant Federal Public Defender. The United States was represented by Michael P. Norris.

Defendant admitted Allegation No. 2 of the petition which involves a Grade A offense. The government moved to dismiss Allegation No. 1. After hearing allocation from both counsel and the defendant, the Court proceeded to disposition.

IT IS ORDERED:

1) The Court accepts defendant's admission to Allegation No. 2 and finds his term of supervised release is revoked.

2) Allegation No. 1 is dismissed.

3) Defendant is sentenced to the custody of the United States Bureau of Prisons for a term of two (2) years, said sentence to run consecutively to the Nebraska State Court sentences currently being served by defendant.

4) After his release from the Bureau of Prisons, defendant will begin a ten (10) year term of supervised release under the same conditions as previously imposed.

DATED this 1st day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____