IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR103 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT WHITSETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to strike document (Filing No. 43).  The Court notes the corrected document has been filed.  Accordingly,

      IT IS ORDERED that the motion is granted and Filing No. 42 shall be stricken as garbled and illegible.

      DATED this 5th day of May, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court